FILED

12/01/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0481



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 20-0481

C. EDWARD BUMGARNER,

      Plaintiff and Appellant,

      v.                             ORDER OF MEDIATOR APPOINTMENT

CITY OF CHOTEAU BOA,

      Defendant and Appellee.

      All mediators previously appointed in this matter, has notified the Court that they are unable to fulfil this appointment. Accordingly, all previous orders of mediator appointment are hereby rescinded and

      IT IS ORDERED THAT **Stuart L. Kellner,** whose name appears next on the list of attorneys desiring appointment as mediators for Money Judgments appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

      IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

      A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

      DATED this December 1, 2020.

_____
Bowen Greenwood, Clerk of the Supreme Court

c:    C. Edward Bumgarner, Jeffrey M. Hindoien, Stuart L. Kellner